IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENNETH WRIGHT,

   Plaintiff,

     v.

EAST POINT POLICE
DEPARTMENT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-2064-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 15] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Defendant is entitled to qualified immunity with respect to the excessive force claim. The other claims are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED for failure to state a claim.

SO ORDERED, this 8 day of February, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge